```
JAMSHID S KASHANNEJAD
5440 Lindley Ave # 317
Encino California 91316
Pro Se
Email: jkashanni&yahoo.com
```

UNITED STATE DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S KASHANNEJAD, ) | |
| ) | |
| Plaintiff/Petitioner ) | Case No. 3:11-cv-02228-EMC |
| ) | |
| v. ) | REQUEST FOR PERMISSION TO SUBMIT |
| ) | DOCUMENT(S) THROUGH ELECTRONIC |
| UNITED STATES CITIZENSHIP ) | FILING SYSTEM, AND NOTIFICATION OF |
| AND IMMIGRATION SERVICES ) | CHANGE OF MAILING ADDRESS |
| ) | |
| Defendant/Respondent ) | |

Jamshid S Kashannejad, here, respectfully asks for permission of the court to submit future document(s) through the Electronically Filing System(E Filing). Petitioner due to his logistical concern, or difficulty has not been able to receive any correspondences from the court through regular mail. Therefore, he respectfully requests that any correspondences from the court, and others be sent to the local address as follow:

5440 Lindley Ave # 317

Encino California   91316

Petitioner also makes the correction of the citation of Santiago   v   INS 562 F.2d 1325, at page, 5, line 16, of the pleading to reflect as: Santiago   v   INS, 526 F. 2d 448(9th Cir. 76) (En banc).

Respectfully Submitted

DATED: JUNE, 14, 2011.                                            Jamshid S Kashannejad

IT IS SO ORDERED.  Petitioner shall contact the
ECF help desk at 866-638-7829 to set up E-Filing.

_____
Edward M. Chen
U.S. District Judge