JAMSHID S KASHANNEJAD

27326 Jefferson Ave # 17

Temecula California 92590

Pro Se

Email: jkashanni@yahoo.com

**FILED**

JUL 0 7 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHEN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMSHID S KASHANNEJAD | ) | |
| Plaintiff/Petitioner | ) | CASE NO. 3:11-CV-02228-EMC |
| v. | ) | REQUEST FOR PERMISSION TO SUBMIT |
| | ) | DOCUMENT(S) THROUGH E-FILING |
| UNITED STATES CITIZENSHIP | ) | AND NOTICE OF CHANGE OF ADDRESS |
| Defendant/Respondent | ) | AND ADDRESS FOR THE RESPONDENT |
| | | ORDER |

Jamshid S Kashannejad, here respectfully asks permission of the court to submit any future Document(s), by means of E-Filing. Petitioner due to the logistical concerns has not been able to Receive any correspondences from the court through the regular mail, therefore it is respectfully Requested that any correspondences be sent to the local address as follow:

27326 Jefferson Ave Ste # 17

Temecula California 92590.

Followings are the addresses for the respondents as requested by the clerk's order of June, 23, 2011-

1- United States Citizen Ship and Immigration Service
630 Sansome Street
San Francisco CA 94111
2- United States Attorney General Northern District of California
450 Golden Gate Ave
San Francisco CA 94102
3- Office of United State Attorney General

950 pensseylvania Ave Washington DC 20530

Dated: June 24, 2011.

Respectfully Submitted,

Jamshid S Kashannejad

IT IS SO ORDERED. Petitioner shall contact the ECF help desk to set up E-filing.

Edward M. Chen, U.S. District Judge