UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>   Defendants.<br>_____/ | No. C-11-2228 EMC<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF**<br><br>**(Docket No. 18)** |

  Defendants have moved the Court to defer or deny Plaintiff's motion for summary judgment as premature. Having considered the parties' briefs and accompanying submissions, the Court hereby **GRANTS** the request for administrative relief.

  More specifically, the Court grants the request for a deferral of Plaintiff's motion for summary judgment. The Court sets the following briefing and hearing schedule.

  Defendants have until August 31, 2011, to file an answer.

  Plaintiff's motion for summary judgment shall be deemed to have been timely filed.

  Defendants' opposition to the summary judgment motion (which may also be deemed a cross-motion for summary judgment) shall be filed on September 16, 2011.

///

///

///

///

Plaintiff's reply to the opposition shall be filed by September 30, 2011.

The hearing on the motion for summary judgment is scheduled for October 14, 2011, at 1:30 p.m.

This order disposes of Docket No. 18.

IT IS SO ORDERED.

Dated: August 10, 2011

_____
EDWARD M. CHEN
United States District Judge

2