**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7
8    JAMSHID S. KASHANNEJAD,                      No. C-11-2228 EMC
9              Plaintiff,
10        v.                                      **ORDER RE BRIEFING SCHEDULE FOR PLAINTIFF'S EMERGENCY**
11   UNITED STATES CITIZENSHIP AND                **REQUEST FOR STAY**
     IMMIGRATION SERVICES, *et al.*,
12                                                **(Docket No. 27)**
             Defendants.
13   _____/
14
15
16        Plaintiff has filed an "emergency" motion, asking the Court to stay, postpone, or enjoin

17   Defendants from pursuing termination of his LTR status until the Court has ruled on his motion for

18   summary judgment (currently set for hearing on October 14, 2011).  The Court hereby orders

19   Defendants to file a response to Plaintiff's motion by September 8, 2011.

20        IT IS SO ORDERED.

21
22   Dated:  September 2, 2011
23
24                                               _____
                                                 EDWARD M. CHEN
25                                               United States District Judge
26
27
28