UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMSHID S. KASHANNEJAD,

        Plaintiff,

   v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,

        Defendants.
_____/

No. C-11-2228 EMC

**ORDER RE BRIEFING SCHEDULE FOR PLAINTIFF'S EMERGENCY REQUEST FOR STAY**

**(Docket No. 27)**

    Plaintiff has filed an "emergency" motion, asking the Court to stay, postpone, or enjoin Defendants from pursuing termination of his LTR status until the Court has ruled on his motion for summary judgment (currently set for hearing on October 14, 2011). The Court hereby orders Defendants to file a response to Plaintiff's motion by September 8, 2011.

    IT IS SO ORDERED.

Dated: September 2, 2011

_____
EDWARD M. CHEN
United States District Judge