UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD, | No. C-11-2228 EMC |
| Plaintiff, | |
| v. | **ORDER SETTING BRIEFING SCHEDULE FOR DEFENDANTS' MOTION FOR CLARIFICATION; AND ENLARGING TIME FOR DEFENDANTS TO COMPLY** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | |
| Defendants. _____/ | **(Docket No. 54)** |

Defendants have moved for clarification of the Court's order of December 2, 2011, in which it granted Defendants' motion to enlarge time. *See* Docket No. 52 (order). More specifically, Defendants ask that the Court order Mr. Kashannejad to provide his travel itinerary and to restrict his port of entry into the United States at either SFO or LAX. Because Defendants have only until January 2, 2012, to provide Mr. Kashannejad with the necessary papers to return to the United States or "to otherwise effectuate his return to the United States," Docket No. 40 (Order at 17), the Court hereby orders expedited briefing on the motion for clarification. The Court also enlarges the time by which Defendants have to provide Mr. Kashannejad with the necessary papers to return to the United States.

With respect to briefing, Mr. Kashannejad's opposition to the motion for clarification shall be filed by **December 19, 2011**. Defendants' reply shall be filed by **December 22, 2011**. The Court intends to rule on the motion for clarification based on the papers submitted (*i.e.*, without an oral hearing).

As for Defendants' time to comply, the Court extends the time for compliance from January 2, 2012, to **January 23, 2012**.

IT IS SO ORDERED.

Dated: December 13, 2011

_____
EDWARD M. CHEN
United States District Judge