UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-2228 EMC<br><br>**ORDER RE BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLARIFICATION**<br><br>**(Docket No. 59)** |

Plaintiff Jamshid S. Kashannejad has filed a motion for clarification. In the motion, he argues that a transportation letter is not enough to permit him to return to the United States and that, if all that he possesses is such a letter, then he will be barred from returning to the United States and will be subject to exclusion proceedings (*i.e.*, instead of being allowed to return and then potentially subject to deportation proceedings). Given the desired travel date of February 5, 2012, the Court hereby orders Defendants to file a response to Mr. Kashannejad's motion by January 17, 2012. Mr. Kashannejad may then file a reply by January 20, 2012. Absent further order of the Court, there shall be no hearing on this motion.

    IT IS SO ORDERED.

Dated: January 10, 2012

                                                                                                        _____
                                                                                                        EDWARD M. CHEN
                                                                                                        United States District Judge