UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-11-2228 EMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR CLARIFICATION**<br><br>**(Docket No. 73)** |

　　　　Plaintiff Jamshid S. Kashannejad has filed a motion asking for clarification of the Court's order of March 1, 2012. The motion is **GRANTED**. Mr. Kashannejad is required to provide to Defendants the specific name of the carrier he intends to use. Mr. Kashannejad is not barred from purchasing a ticket from a different carrier if it is not possible to purchase a ticket from the carrier he identified for Defendants. However, if Mr. Kashannejad purchases a ticket from a different carrier, he must provide notice to Defendants of that fact and the name of the carrier **on the same day that he purchases the ticket**. Moreover, Mr. Kashannejad is still required to serve a copy of his itinerary on Defendants at least one week before his first date of travel.

　　　　IT IS SO ORDERED.

Dated: March 2, 2012

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge