United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>        Plaintiff,<br><br>      v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-2228 EMC<br><br><br>**ORDER DENYING PLAINTIFF'S**<br>**REQUEST TO REVISE ORDER OF**<br>**JANUARY 23, 2012**<br><br>**(Docket No. 75)** |

        Plaintiff Jamshid S. Kashannejad has asked the Court to revise its order of January 23, 2012, such that the transportation letter that will enable his return to the United States will be valid for 60 days rather than 30. Having considered the parties' briefs and accompanying submissions, the Court hereby **DENIES** the request for relief.

        As a preliminary matter, Mr. Kashannejad's request is based on evidence to which the Court gives little weight. The "certification" is not signed but rather is simply stamped. Furthermore, the certification is not signed under the penalty of perjury.

        Even if the Court were to overlook these problems, the fact remains that the certification simply represents the experience of one company. In addition, the general manager of the company simply states in vague terms that, "due to the economic issues, holidays, and other concerns obtaining UAE visa, has become more burden some and time consuming than before." The general manager does not state what those economic issues, holidays, or other concerns are; nor does he provide any specifics as to what the burden and/or timing issues are.

Finally, Mr. Kashannajed fails to take into account that, regardless of any troubles with obtaining a UAE visa, Defendants have offered to make a transportation letter available to him at the U.S. Consulate in Istanbul, Turkey.

Accordingly, Mr. Kashannejad's request for relief is denied.

IT IS SO ORDERED.

Dated: April 2, 2012

_____
EDWARD M. CHEN
United States District Judge

2