**United States District Court**
For the Northern District of California

1
2
3
4
5                     UNITED STATES DISTRICT COURT

6                     NORTHERN DISTRICT OF CALIFORNIA

7

8    JAMSHID S. KASHANNEJAD,                        No. C-11-2228 EMC

9              Plaintiff,

10        v.                                         **ORDER APPROVING DEFENDANTS'
                                                     PROPOSED TRANSPORTATION
11   UNITED STATES CITIZENSHIP AND                   LETTER**
     IMMIGRATION SERVICES, *et al.*,
12                                                   **(Docket No. 92)**
               Defendants.
13   _____/

14

15        Defendants have submitted for the Court's review the proposed transportation letter.  The

16   Court has reviewed the letter and hereby **APPROVES** its content.  To the extent Plaintiff objects to

17   the instruction to the airline not to allow him to board if there is evidence of tampering with the

18   letter or envelope, the objection is overruled.  Defendants shall ensure that the transportation letter

19   includes the attachments referenced in the letter (*i.e.*, the Court order and the Mulraney declaration).

20        To the extent Defendants ask the Court to order Plaintiff to mail the old transportation letter,

21   new photos, etc. to DHS-USCIS by May 31, 2012, the request is denied without prejudice.

22   However, until Plaintiff provides Defendants with the information ordered by the Court in its order

23   of May 18, 2012, *see* Docket No. 88 (order), Defendants have no obligation to issue a new

24   transportation letter.

25   ///

26   ///

27   ///

28   ///

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Finally, to the extent Plaintiff has asked Defendants to provide a telephone number so that he may mail the materials to Greece, the request is granted.  Defendants shall provide to Plaintiff (via e-filing and e-mail) a telephone number that he may use.

IT IS SO ORDERED.

Dated:  May 29, 2012

_____
EDWARD M. CHEN
United States District Judge