UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>   Plaintiff,<br><br>  v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>   Defendants.<br>_____/ | No. C-11-2228 EMC<br><br>**ORDER RE SUPPLEMENTAL<br>DECLARATION FROM PLAINTIFF**<br><br>**(Docket Nos. 98-101)** |

  Plaintiff has submitted a statement questioning whether Defendants have complied with the Court's prior orders. *See, e.g.*, Docket No. 88, 94 (orders). Defendants have submitted a declaration, indicated that they have complied with the orders. Having reviewed the papers submitted, the Court hereby orders Plaintiff to provide a supplemental declaration. In the supplemental declaration, Plaintiff must state:

  (1) What the entire contents of the package were. This should include a clarification as to whether the package included two envelopes or three envelopes.

  (2) Assuming that he received only two envelopes (one for him and one for the carrier), whether he would prefer a new transportation letter to CBP to be mailed to him or whether he would prefer to pick up a new letter in Dubai.

  To the extent Plaintiff suggests that the transportation letter to the *carrier* must include attachments (*i.e.*, one of the Court's prior orders and the Mulraney declaration), the Court does not agree that such is necessary. The attachments are needed only with respect to the transportation letter to *CBP*, not the carrier.

To the extent Plaintiff, in his reply brief, presents evidence that the transportation letter will not be accepted by a carrier, the Court finds the argument unpersuasive. Plaintiff has not provided any evidence that the transportation letter for the *carrier* – as opposed to the courtesy copy that the Court ordered be provided to *him* – is inadequate. The Court specifically allowed Defendants to include markings on the courtesy copy to indicate that it is not an official document. *See* Docket No. 88 (Order at 2).

Plaintiff shall file his supplemental declaration within three court days from the date of this order.

IT IS SO ORDERED.

Dated: June 19, 2012

_____
EDWARD M. CHEN
United States District Judge