**United States District Court**
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    JAMSHID S. KASHANNEJAD,                    No. C-11-2228 EMC

9              Plaintiff,

10         v.                                   **ORDER RE PLAINTIFF'S
                                                SUPPLEMENTAL DECLARATION**
11   UNITED STATES CITIZENSHIP AND
     IMMIGRATION SERVICES, *et al.*,            **(Docket No. 104)**
12
               Defendants.
13   _____/

14

15         Pursuant to the Court's order of June 19, 2012, Plaintiff has provided a supplemental

16   declaration.  In the declaration, he certifies that he received only two and not three envelopes, one

17   sealed and one unsealed.  In light of the declaration, the Court orders Defendants to provide to

18   Plaintiff a new transportation letter.  The transportation letter may be sealed and, as it seems that the

19   letter is to be given to CBP, must include the attachments previously ordered by the Court.

20         In its June 19 order, the Court asked Plaintiff whether he would prefer the new letter to be

21   mailed to him or whether he would prefer to pick up the new letter in Dubai.  Plaintiff declined to

22   state a preference in his papers.  The Court shall give Plaintiff one final opportunity to select an

23   option, with the understanding that, if he chooses to pick up the new letter in Dubai, he (and not

24   Defendants) will have to pay for his travel expenses.

25         Plaintiff shall make his election within three days of the date of this order.  Plaintiff shall

26   notify Defendants of his decision by e-filing a declaration, stating what his preference is.

27   ///

28   ///

**United States District Court**
For the Northern District of California

- If Plaintiff opts to have the new letter mailed to him, then he must provide a photograph to Defendants by July 6, 2012. Defendants shall mail a new letter to Plaintiff (using a delivery tracking method) within one week of receipt of the photograph.
- If Plaintiff opts to travel to Dubai to pick up the new letter, then Defendants shall have the new letter available to be picked up as of July 6, 2012. Plaintiff may pick up the letter on or after July 6, 2012, but should give Defendants at least two days' notice prior to the actual pick-up date. Plaintiff should bring with him a photograph to be used for the letter.

IT IS SO ORDERED.

Dated: June 22, 2012

_____
EDWARD M. CHEN
United States District Judge