UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>Defendants.<br>_____/ | No. C-11-2228 EMC<br><br>**ORDER RE SUPPLEMENTAL BRIEF FROM DEFENDANTS**<br><br>**(Docket No. 109)** |

Plaintiff has submitted a brief, in which he essentially argues that he needs *two* sealed transportation letters to the carrier (not just one), one to purchase the ticket and one to actually board the plane. In the alternative, Plaintiff asks that, if there is to be only one sealed transportation letter, then the Court should instruct the carrier to unseal the letter so that Plaintiff may purchase a ticket and then accept the opened letter for boarding.

The Court hereby orders Defendants to provide a supplemental brief by **July 2, 2012**, responding to Plaintiff's request for relief. The brief should address, *inter alia*, whether Plaintiff may legitimately need two transportation letters addressed to the carrier and whether the issuance of two such letters would prejudice Defendants. The brief should also address whether the alternative

///

///

///

request for relief is a practical way of proceeding, particularly given that the transportation letter on its face asks the carrier not to board Plaintiff if there is evidence of tampering with the letter. The brief should be supported by a declaration as necessary.

    IT IS SO ORDERED.

Dated: June 27, 2012

_____
EDWARD M. CHEN
United States District Judge

2