UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-2228 EMC<br><br>**ORDER RE DEFENDANTS'<br>SUPPLEMENTAL BRIEF AND<br>PLAINTIFF'S RESPONSE**<br><br>**(Docket Nos. 111-12)** |

The Court has reviewed Defendants' supplemental brief, filed on July 2, 2012, as well as Plaintiff's response (which was not authorized by the Court) thereto. Having considered the parties' filings, the Court hereby orders as follows:

1. By July 17, 2012, Plaintiff must provide a **signed** statement from Aeroflot (not a travel agency) certifying that (1) Aeroflot requires a transportation letter in order for Plaintiff to purchase a ticket, with a departure city of Tehran and an arrival city of Los Angeles, from Aeroflot and that (2) Aeroflot requires a second transportation letter in order for Aeroflot to allow Plaintiff to board the airplane after Plaintiff has already purchased the ticket. By the same date, Defendants may (if they so choose) provide a **signed** statement from Aeroflot and any other evidence certifying otherwise.

2. Currently, Plaintiff has within his possession one sealed transportation letter (for the air carrier), which states that it is valid until July 27, 2012. The Court previously ordered Defendants to provide Plaintiff with a second sealed transportation letter (for CBP), which presumably will also be valid until July 27, 2012. Plaintiff is hereby ordered to return both of these transportation letters to

Defendants (assuming that Defendants have already sent the second letter), as well as the courtesy copy (unsealed), using a delivery-tracking method. The Court hereby vacates all dates related to issuance and validity of the transportation letter(s) until it resolves the issue of how many transportation letters are needed in order to effectuate Plaintiff's return to the United States.

       The parties are forewarned that the Court may need to hold a further status conference to address these matters. Telephonic appearances will be permitted.

       IT IS SO ORDERED.

Dated: July 3, 2012

_____
EDWARD M. CHEN
United States District Judge

2