UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-2228 EMC<br><br>**ORDER RE JULY 31, 2012 CASE MANAGEMENT CONFERENCE** |

The Court held a case management conference in the instant case on July 31, 2012. This order memorializes the Court's rulings made at the conference. It also provides additional rulings and/or guidance as necessary.

1. Plaintiff has until **August 3, 2012**, (a) to return all transportation letters (sealed or unsealed) in his possession, custody, or control to Defendants and (b) to provide Defendants with new photographs to be used for the new transportation letters. Although Defendants indicated that two new photographs would be sufficient, the Court hereby orders Plaintiff to provide three new photographs – *i.e.*, one for each of the three sealed transportation letters to be issued. Plaintiff shall send the above by mail (using a delivery-tracking method) to the office in Greece previously identified by Defendants. *See* Docket No. 95 (notice). On the same day of mailing, Plaintiff shall file a proof of service for the mailing, which should include a copy of the delivery-tracking information. Defendants have no obligation to issue any new transportation letter unless and until

they receive the above from Plaintiff. If Defendants do not receive the mailing within a reasonable timeframe, they shall immediately notify the Court.

2. Defendants shall have until **August 3, 2012**, to provide to Plaintiff revised language to be used in the new transportation letters. The Court notes that, on July 31, 2012, Defendants provided revised language, *see* Docket No. 119 (Defs.' Status Rep., Ex. C), but it fails to address the Court's concern as identified at the conference. As the Court stated at the conference, Defendants should use language that pinpoints the specific concern of ensuring that the letters remain sealed – general references to "tampering" or "material alteration" are not sufficient. The letter should be specific about what to look for (*e.g.*, opened envelope, alteration of name, dates, destination, etc.). Defendants shall serve Plaintiff with the revised language via e-filing. By **August 8, 2012**, Plaintiff shall file a response to Defendants' proposed language. If Plaintiff does not agree with Defendants' proposal, then he must include in his response a counter-proposal that he wishes the Court to adopt. The Court shall allow Defendants to use in the transportation letters language that asks the transportation company to contact USCIS or the U.S. embassy if there is evidence that the letters have been opened. Similar language has been used in other transportation letters not involving Plaintiff. *See, e.g.*, Docket No. 85 (Vinet Decl., Ex. 1) (sample transportation letter); Docket No. 111 (Defs.' Supp. Br., Exs. 1-2) (sample transportation letters); Docket No. 119 (Defs.' Status Rep., Ex. A) (sample transportation letter).

3. Once the Court files its order finalizing the contents of the transportation letters, Plaintiff shall have **one week thereafter** (a) to show Aeroflot or another airline the contents to confirm that he will be able to purchase a ticket with a letter containing that language and (b) to file a statement indicating (i) which airline should be named in the letters; (ii) which U.S. embassy in Turkey he prefers to pick up the transportation letters from; and (iii) what date he intends to pick up the letters.

4. Defendants shall have **three sealed** transportation letters and one courtesy copy available for Plaintiff to pick up at the location and on the date specified by Plaintiff in the statement referenced above. The courtesy copy may include markings to indicate that it is not an official document. *See* Docket No. 88 (order). The transportation letters shall be valid for 45 days.

5. After Plaintiff purchases his ticket, he must file a copy of his itinerary at least one week before his first date of travel.

IT IS SO ORDERED.

Dated: August 1, 2012

_____
EDWARD M. CHEN
United States District Judge