UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-11-2228 EMC<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR SAMPLE OF NEW TRANSPORTATION LETTER**<br><br>**(Docket No. 129)** |

　　　　Plaintiff has filed a motion with the Court, asking that Defendants be ordered to file a copy of the new transportation letter (as approved by the Court, *see* Docket No. 128 (order)), so that he may show it to the airline(s) to confirm that he will be able to purchase a ticket with such a letter. Plaintiff's request is **GRANTED**. Defendants shall file a copy of the new transportation letter immediately upon receipt of this order. The copy may be in the form previously submitted to the Court, *see* Docket No. 121 (proposed contents) -- *i.e.*, the letter need not be signed and the specific dates of issuance and validity may be left blank. The copy need not contain these details as it has a limited purpose only and is not the formal transportation letter(s) that Plaintiff will pick up from the U.S. embassy in Turkey.

　　　　IT IS SO ORDERED.

Dated: August 9, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge