United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-11-2228 EMC<br><br>**ORDER RE PLAINTIFF'S FILING OF**<br>**SEPTEMBER 30, 2012**<br><br>**(Docket No. 149)** |

　　　　Plaintiff has filed an unsolicited brief, dated September 30, 2012. Having reviewed the contents of that brief and the accompanying papers, the Court hereby rules as follows.

　　　　1.　　Plaintiff has provided insufficient evidence that he cannot purchase or board a ticket based on the transportation letter approved by the Court.

　　　　2.　　The Court shall not require Defendants to "compel" either the Turkish or Aeroflot airlines to accept the transportation letter. Indeed, there is nothing to suggest that Defendants have the power or authority to compel these air carriers to accept the transportation letter. It is sufficient that Plaintiff has three other air carriers who are willing to accept the transportation letter. While these air carriers may be more expensive (at least the Court assumes such), Plaintiff has not made any showing that the cost is unreasonable or that he could not afford the cost of such a ticket. The Court also notes that Plaintiff has failed to provide the cost of a Lufthansa ticket. In any event, cost is not a matter for this Court.

3. The Court shall not require Defendants to procure a formal writing from KLM, Emirates, or Lufthansa, stating that the air carrier will accept the transportation letter. However, the Court shall order Defendants to meet and confer with Plaintiff to determine whether they can assist him in contacting the appropriate airline representative in Tehran from whom he can purchase a ticket.

4. The Court shall not order a blank departure city in the transportation letter. The Court has already ruled that the transportation letter may include a specific departure city. *See* Docket No. 84 (Order at 4-5). Plaintiff has not made any showing that this imposes an undue burden on him.

This order disposes of Docket No. 149.

IT IS SO ORDERED.

Dated: October 2, 2012

_____
EDWARD M. CHEN
United States District Judge