UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-11-2228 EMC<br><br>**ORDER STRIKING PLAINTIFF'S FILING OF OCTOBER 14, 2012**<br><br>**(Docket Nos. 162)** |

    On October 12, 2012, this Court issued an order in which it, *inter alia*, barred Plaintiff from making additional filings regarding the transportation letter with two limited exceptions. In spite of this Court's ruling, Plaintiff -- only two days later -- submitted yet another filing related to the issue of the transportation letter. The Court therefore **STRIKES** Plaintiff's filing of October 14, 2012, from the record.

    The Court also notes that Plaintiff's filing adds nothing to the merits of the case. Although Plaintiff has *in forma pauperis* status, that simply alleviates him from paying the filing and service-of-process fees. That puts no imposition on the Court -- or on Defendants -- to fund the cost of his return to the United States, particularly given that Plaintiff voluntarily left the country.

    IT IS SO ORDERED.

Dated: October 15, 2012

                                                  _____<br>
                                                  EDWARD M. CHEN<br>
                                                  United States District Judge