UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD, | No. C-11-2228 EMC |
| Plaintiff, | |
| v. | **ORDER STRIKING PLAINTIFF'S FILING OF OCTOBER 14, 2012** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | (Docket Nos. 162) |
| Defendants. | |

On October 12, 2012, this Court issued an order in which it, *inter alia*, barred Plaintiff from making additional filings regarding the transportation letter with two limited exceptions. In spite of this Court's ruling, Plaintiff -- only two days later -- submitted yet another filing related to the issue of the transportation letter. The Court therefore **STRIKES** Plaintiff's filing of October 14, 2012, from the record.

The Court also notes that Plaintiff's filing adds nothing to the merits of the case. Although Plaintiff has *in forma pauperis* status, that simply alleviates him from paying the filing and service-of-process fees. That puts no imposition on the Court -- or on Defendants -- to fund the cost of his return to the United States, particularly given that Plaintiff voluntarily left the country.

IT IS SO ORDERED.

Dated: October 15, 2012

_____
EDWARD M. CHEN
United States District Judge