**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>        Defendants.<br>_____/ | No. C-11-2228 EMC<br><br>**ORDER RE PLAINTIFF'S FILING OF NOVEMBER 2, 2012**<br><br>**(Docket No. 164)** |

      Per the Court's order of October 12, 2012, *see* Docket No. 161 (order), Plaintiff has identified for Defendants the air carrier he intends to use (Emirates) and the date for pick-up of the transportation letter(s) (November 25, 2012). Plaintiff, however, has asked the Court to reconsider its order requiring him to pick up the transportation letter(s) from a U.S. embassy in Turkey. Plaintiff represents that it is possible for the U.S. embassy in Greece to send the transportation letter(s) to the Swiss embassy in Bern, Switzerland, who will then forward the transportation letter(s) to the Swiss embassy in Tehran through diplomatic mail (thus avoiding the use of, *e.g.*, DHL).

///
///
///
///
///

**United States District Court**
For the Northern District of California

1  The Court hereby orders Defendants to provide a declaration certifying whether it is or is not possible for the transportation letter(s) to be provided to Plaintiff by the above means. If Defendants claim that it is not possible, then they must provide a specific explanation as to why not. A conclusory explanation shall not suffice. The declaration shall be e-filed within two days of the date of this order, although Defendants may petition for additional time upon a showing of good cause. Absent further order of this Court, Plaintiff is *not* permitted to submit a brief in response to Defendants' declaration.

IT IS SO ORDERED.

Dated: November 5, 2012

_____
EDWARD M. CHEN
United States District Judge