United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD, | No. C-11-2228 EMC |
| Plaintiff, | |
| v. | **ORDER RE DEFENDANTS' FILING OF NOVEMBER 6, 2012** |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, *et al.*, | **(Docket No. 166)** |
| Defendants. _____/ | |

     Previously, the Court issued an order instructing Defendants to provide a declaration certifying whether it was possible for the transportation letter(s) to be provided to the Swiss embassy in Tehran by a means suggested by Plaintiff in his filing of November 2, 2012. *See* Docket No. 165 (order). Defendants filed a declaration on November 6, 2012, in which they essentially confirm that the means suggested by Plaintiff is possible. *See generally* Docket No. 166 (Vinet Decl.). Defendants suggest, however, that, because of the time that this process may take, a pick-up date in early December 2012 is advisable. Plaintiff had previously stated an intent to pick up the transportation letter(s) on November 25, 2012.

     In light of the above, the Court hereby modifies its prior orders to the extent that Plaintiff shall no longer be required to pick up the transportation letter(s) from a U.S. embassy in Turkey. Rather, the transportation letter(s) shall be conveyed to the Swiss embassy in Tehran by the means explained in the Vinet declaration. The transportation letter shall identify Emirates as the airline carrier as this is the carrier that was identified by Plaintiff in his filing of November 2.

The parties are instructed to meet and confer to determine what date is most appropriate for pick-up from the Swiss embassy in Tehran. By **November 9, 2012**, the parties shall file a **joint** statement, in which they should specify the agreed-upon pick-up date. The Court emphasizes that it fully expects the parties to reach an agreement on this narrow issue; however, if they have not reached an agreement, then each party should, in the joint statement, state what the proposed pick-up date should be and why. The party should also explain why the opposing side's proposed pick-up date is not feasible. Both parties are forewarned that they risk being sanctioned if they take a position that is not substantially justified.

IT IS SO ORDERED.

Dated: November 6, 2012

_____
EDWARD M. CHEN
United States District Judge

2