UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-11-2228 EMC<br><br>**ORDER RE PLAINTIFF'S STATUS REPORT**<br><br>**(Docket No. 189)** |

　　　　The Court has reviewed the status report from Plaintiff, filed on March 5, 2013. Having considered the report, the Court hereby reminds Plaintiff that he has an obligation to file a copy of his actual itinerary for travel at least seven days prior to travel. *See* Docket No. 172 (Order at 4). To the extent Plaintiff asks the Court to order Defendants to obtain a written statement from Emirates, the request for relief is denied. If Plaintiff experiences problems with boarding, he can call the representative designated by Defendants, who does not have the authority to compel Emirates to do anything but who will use his best efforts to assist Plaintiff.

　　　　IT IS SO ORDERED.

Dated: March 5, 2013

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　EDWARD M. CHEN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge