UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMSHID S. KASHANNEJAD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, *et al.*,<br><br>　　　　Defendants.<br>_____/ | No. C-11-2228 EMC<br><br>**ORDER RE DEFENDANT'S STATUS REPORT**<br><br>**(Docket No. 191)** |

　　　　In accordance with the Court's order of February 26, 2013, *see* Docket No. 187 (order), Defendants have submitted a status report. Having considered that report, the Court hereby rules as follows.

　　　　1.　　At present, Plaintiff appears to be scheduled to travel on Emirates Airlines on April 14, 2013. If Plaintiff changes the date of his travel, he must give notice of that change to the Court and to Defendants via ECF at least one week in advance of his new date of travel.

　　　　2.　　The Court shall discharge Defendants from any additional obligation to facilitate Plaintiff's return to the United States as of April 15, 2013. Defendants' obligation shall terminate on April 15, 2013, even if Plaintiff changes his date of travel to a date after April 14, 2013.

///

///

///

3. The Clerk of the Court is instructed to enter judgment in favor of Plaintiff on April 15, 2013, and close the file in this case.

IT IS SO ORDERED.

Dated: March 13, 2013

_____
EDWARD M. CHEN
United States District Judge

2